IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 




NO. 3-93-297-CR




CLEM McKNIGHT,



 APPELLANT


vs.





THE STATE OF TEXAS,



 APPELLEE


 



FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT



NO. CR-93-27, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING


 





PER CURIAM

 A jury found appellant guilty of forgery. Tex. Penal Code Ann. § 32.21 (West
1989 & Supp. 1994). The district court assessed punishment, enhanced by two previous felony
convictions, at imprisonment for sixty years.

 In his only point of error, appellant contends the district court erred by admitting
evidence of extraneous forgeries at the punishment stage. The testimony was admitted without
objection and the error, if any, was not preserved for review. Tex. R. App. P. 52(a). The point
of error is overruled.

 The judgment of conviction is affirmed.


Before Chief Justice Carroll, Justices Kidd and B. A. Smith

Affirmed

Filed: August 31, 1994

Do Not Publish